# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. JOSHUA M. FASSL, Defendant. | PO-19-05122-GF-JTJ VIOLATION: 7354178 Location Code: M13 ORDER |

Based upon the United States' motion to accept the defendant's payment of a $10 fine and $30 processing fee for violation 7354178 (for a total of $40), and for good cause shown,

IT IS ORDERED that the $40 fine ($10 fine and $30 processing fee) paid by the defendant is accepted as a full adjudication of violation 7354178.

IT IS FURTHER ORDERED that the initial appearance scheduled for September 12, 2019, is VACATED.

DATED this 6th day of September, 2019.

_____
John Johnston
United States Magistrate Judge